

**FILED**
DISTRICT COURT OF GUAM
OCT 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | Docket No.: 98-00077-001 |
| ) | |
| vs. ) | **SPECIAL REPORT** |
| ) | |
| ABAD, DOROTHY N. M. ) | |
| Defendant. ) | |

Re: **Request for Early Termination from Supervised Release**

Dorothy N. M. Abad was sentenced on December 20, 2000, in the District Court of Guam to 70 months imprisonment followed by 60 months supervised release for the offenses of Distribution of Crystal Methamphetamine aka "ICE," in violation of Title 21, United States Code, Section 841(a)(1). In addition to the standard and mandatory conditions of supervised release, Ms. Abad was ordered to participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency to include testing for the detection of substance use or abuse and that she make a co-payment for treatment at a rate to be determined by the Probation Office. She was also ordered to refrain from the use of any and all alcoholic beverages, perform 100 hours of community service, obtain and maintain gainful employment and pay a special assessment fee of $100. On January 2, 2004, Ms. Abad was released on supervision to the Northern District of California. Her term of supervised release is scheduled to expire on January 1, 2009.

On October 2, 2006, a request for Ms. Abad's supervised release to terminate early was received from the Northern District of California Probation Office. Probation Officer Laurie A. Santos stated that Ms. Abad completed the drug/alcohol aftercare program, tested negative throughout her supervised release grant, completed the 100 hours of community service, remained employed, and submitted monthly supervision reports in a timely manner. She also has not incurred any new arrests or law violations, and has been a model probationer. Officer Santos described Ms. Abad as a perfect candidate for early termination.

**ORIGINAL**

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re:   ABAD, DOROTHY N. M.
USDC Cr. Cs. #98-00077-001
October 19, 2006
Page - 2 -


In light of the above information, this Officer respectfully requests early termination by the court, pursuant to Title 18 U.S.C. §3583(e)(1), as such action is warranted by Ms. Abad's full compliance with her conditions of release, and is in the interest of justice. This request for early termination comes as a joint recommendation from Assistant U.S. Attorney Jeffrey Strand.

RESPECTFULLY submitted this _19th_ day of October 2006.

By: _____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:
_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:   Jeffrey J. Strand, AUSA
      John T. Gorman, Defense Counsel
      File