# ORIGINAL

PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2006
**MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES OF AMERICA

v.

ABAD, DOROTHY N.M.

Crim. No.  98-00077-001

On _____ January 2, 2004 _____ the above named was placed on supervised release for a period of

__5__ years. The supervised releasee has complied with the rules and regulations of supervised release and is no

longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

**RECEIVED**
OCT 20 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

_CARMEN D. O'MALLAN_
U.S. Probation Offic

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the

proceedings in the case be terminated.

Dated this __24th__ day of __OCTOBER__ , 20 __06__ .

United States District Judge
LARRY A. BURNS, Designated Judge